DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALTON D. ROLLINS, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-1147

[June 10, 2015]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lisa M. Porter, Judge; L.T. Case No. 93-9822 CF10A.

Alton D. Rollins, Jr., Daytona Beach, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Matthew Steven Ocksrider, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

We affirm the circuit court's order denying appellant's Florida Rule of Criminal Procedure 3.800(a) motion, which argued an alleged scoresheet error in his 1994 sentencing. "[R]eview of the record establishes that the defendant did not satisfy the burden of showing entitlement to relief on the face of the record." *Johnson v. State*, 60 So. 3d 1045, 1051 n.2 (Fla. 2001).

*Affirmed.*

DAMOORGIAN, C.J., GERBER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***